JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE CONNORS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS AUTO SPORTS, LLC,<br><br>    Defendant. | Case No.: CV 21-6901-GW-RAOx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

_October 18, 2021____  
Dated

_____  
Honorable George H. Wu  
United States District Judge

1